ROBERTA F. FRANK, Respondent, v. SIDNEY B. BOWMAN AUTOMOBILE COMPANY, Appellant.

*Landlord and tenant — action for rent — counterclaim for amount expended by tenant in alterations by order of fire department.*

*Frank* v. *Bowman Automobile Co.*, 195 App. Div. 377, affirmed.

(Argued March 17, 1922; decided April 18, 1922.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 7, 1921, unanimously affirming a judgment in favor of plaintiff entered upon a verd ct directed by the court. The action was for rent. Defendant's answer plead payment and discharge of the obligation and set up a counterclaim alleging the

payment by the defendant of $1,792.25, which sum defendant claimed was incurred by it in making certain " alterations and construction " and which expense the defendant tenant contended should be borne by the plaintiff landlord. These repairs were made in compliance with an order of the fire department, which directed that same be made before a permit would be issued to the defendant to conduct a garage on the leased premises, such premises being " used for storage of combustibles." A provision of the lease made it obligatory upon the defendant, as lessee, to comply with and execute, at its own cost and expense, all orders of the fire department.

Richard T. Greene and Daniel S. Murphy for appellant. Isadore Shapiro for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Hiscock, Ch. J., Hogan, Cardozo, Pound, McLaughlin, Crane and Andrews, JJ.